IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| NETFLIX PRIVACY LITIGATION § | |
| ---------------------------------------------------------- § | |
| JEFF MILANS, § | |
|     Respondent, § | Civil Action No. 3:14-MC-036-G |
| § | |
| v. § | |
| § | |
| TRACEY KLINGE, § | |
|         Movant. § | |

## ORDER

Pursuant to the order of reference filed March 14, 2014, before the Court for determination is the *Motion to Quash Deposition*, filed March 12, 2014 (doc. 1).

An oral argument was conducted concerning the motion on April 15, 2014. All parties appeared through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion to quash the deposition is **DENIED**. The movant shall appear for deposition within fourteen days of the date of this order at a mutually agreeable date, time and place.

**SO ORDERED** on this 15th day of April, 2014.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE